IN THE SUPREME COURT OF THE STATE OF DELAWARE

| ANDRE WALKER, | § | |
|---|---|---|
| | § | No. 343, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below - Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | ID. No. 1005009912 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 13, 2016
Decided: May 2, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **VAUGHN**, Justices.

## O R D E R

This 2nd day of May 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated June 8, 2015.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

Justice

---

[1] This is another case in which the defendant appeared for jury selection and trial in a prison uniform. We recently ruled that when a defendant appears for jury selection in a prison uniform, the trial court should make a record of why the defendant is not dressed in street clothes. *Masarone v. State*, 2016 WL 1211723 (Del. March 24, 2016).